**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Board of Trustees of
the Ohio Laborers Benefits,**

      **Plaintiff,**

      **v.**

**Stevens & Sons Builders, LLC,**

      **Defendant.**

**Case No. 2:25-cv-1381**

**Judge Michael H. Watson**

**Magistrate Judge Jolson**

## ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R") in this case, recommending that the Court hold Steven & Sons Builders, LLC ("Defendant") and its designated representative in contempt. R&R, ECF No. 17. Specifically, the R&R recommended that the Court: (1) issue a warrant for the arrest of Defendant's designated representative (and arrest the same until compliance), if Defendant fails to comply with the Court's January 22, 2026, Order within twenty-one days; and (2) hold Defendant liable for the Board of Trustees of the Ohio Laborers Benefits' ("Plaintiff") expenses and attorney's fees associated with its show-cause motion, ECF No. 13. *Id.* at PAGEID ## 70–71.

The R&R notified Defendant of its right to object to the recommendations contained in the same and of the consequences of failing to do so. *Id.* at PAGEID # 71. Defendant failed to object.

Accordingly, the Court **ADOPTS** the recommendations in the R&R in full without conducting a *de novo* review.  Defendant and its designated representative are hereby held in **CIVIL CONTEMPT** for failure to comply with the Court's Orders, ECF Nos. 8, 14.

Defendant is **ORDERED** to comply with the Court's January 22, 2026, Order, ECF No. 8, within **TWENTY-ONE DAYS** of the date of this Order. Defendant is **WARNED** that if it fails to timely comply with the Court's January 22, 2026, Order within twenty-one days, the Court may issue a warrant for the arrest of Defendant's designated representative, who can remain arrested until such time as Defendant purges the contempt.  *See Singh v. Capital Univ. Law & Graduate Ctr.*, No. 00-3244, 2000 WL 1720616, at *2 (6th Cir. Nov. 7, 2000) ("[I]ncarceration has long been established as an appropriate sanction for civil contempt." (collecting cases)).

Defendant is further **ORDERED** to reimburse Plaintiff for the expenses and attorney's fees incurred in connection with its show-cause motion, ECF No. 13, in an amount to be established via separate Order.

Plaintiff is **ORDERED**, within **TWENTY-ONE DAYS** of the date of this Order, to file a notice on the docket that identifies (1) Defendant's designated representative, and (2) the expenses and attorney's fees incurred in connection with its show-cause motion, ECF No. 13, supported by time sheets.

The Clerk shall **TERMINATE** ECF No. 17.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**